**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SAMANTHA PRICE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | No. 12-cv-06799 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| BP, p.l.c., a British public limited company, | ) | |
| BP CORPORATION NORTH AMERICA INC., | ) | |
| a Texas Corporation | ) | |
| | ) | |
| Defendants. | ) | |

and

| | | |
|---|---|---|
| NATALIE M. FISHER, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | 12-cv-6836 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BP, p.l.c., a public limited company chartered under | ) | |
| British law; and | ) | |
| BP CORPORATION NORTH AMERICA INC., | ) | |
| an Indiana corporation; | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** See attached service list.

      **PLEASE TAKE NOTICE** that on Wednesday, September 5, 2012 at 9:15 a.m., we shall appear before Judge Gettleman in Room 1703 of the Dirksen Federal Courthouse and will there present **PLAINTIFF'S MOTION FOR RELATEDNESS**, a copy of which is attached and hereby served upon you.

s/ Zachary A. Jacobs
Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


## CERTIFICATE OF SERVICE

I, Zachary A. Jacobs, hereby certify that on August 27, 2012, I caused to be filed the foregoing documents via the CM/ECF System. I also caused the foregoing document to be sent to a process server to be served by hand delivery upon the following:

BP, p.l.c.
501 Westlake Park Blvd.
Houston, TX 77079

BP Corporation North America Inc.
c/o Prentice Hall Corporation (registered agent)
801 Adlai Stevenson Drive
Springfield, IL 62703

s/ Zachary A. Jacobs
Zachary A. Jacobs