**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NATALIE M. FISHER, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-cv-06836 |
| | ) | |
| v. | ) | |
| | ) | |
| BP, p.l.c., a public limited company chartered under | ) | |
| British law; and | ) | |
| BP CORPORATION NORTH AMERICA INC., | ) | |
| an Indiana corporation; | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses her claims in the present matter, with each party to bear its own costs.

                                                       s/ Zachary A. Jacobs
                                                       Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

# CERTIFICATE OF SERVICE

I, Zachary A. Jacobs, hereby certify that on October 26, 2012, I caused to be filed the foregoing documents via the CM/ECF System, which sent automatic notification to the following:

Mark S. Lillie (mlillie@kirkland.com)

John Randolph Worth (john.worth@kirkland.com)

David J. Zott (david.zott@kirkland.com)

s/ Zachary A. Jacobs
Zachary A. Jacobs
